No. 996.  ELLIS, DIRECTOR, TEXAS BOARD OF CORREC-
TIONS, *v.* MACKENNA.  C. A. 5th Cir.  Certiorari denied.
*Will Wilson,* Attorney General of Texas, *Linward Shivers,
John Flowers* and *Jack N. Price,* Assistant Attorneys Gen-
eral, for petitioner.  *Bernard A. Golding* for respondent.

No. 407, Misc.  JOHNSTON ET AL. *v.* UNITED STATES.
C. A. 10th Cir.  Certiorari denied.  Petitioners *pro se.*
*Solicitor General Rankin, Assistant Attorney General
Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for
the United States.

No. 745, Misc.  GALLEGOS ET AL. *v.* HOY, DISTRICT
DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.
C. A. 9th Cir.  Certiorari denied.  *Fred Okrand* for peti-
tioners.  *Solicitor General Rankin, Assistant Attorney
General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit*
for respondent.

No. 760, Misc.  FUTCH *v.* ATLANTIC COAST LINE RAIL-
ROAD CO.  C. A. 5th Cir.  Certiorari denied.  *James H.
Fort* for petitioner.  *B. J. Mayer, Norman C. Shepard*
and *Frank G. Kurka* for respondent.

No. 791, Misc.  PITTS *v.* UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor
General Rankin, Assistant Attorney General Wilkey* and
*Beatrice Rosenberg* for the United States.

No. 833, Misc.  STREETER *v.* ILLINOIS.  Supreme Court
of Illinois.  Certiorari denied.

No. 837, Misc.  WILSON *v.* ILLINOIS.  Supreme Court
of Illinois.  Certiorari denied.